IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 1:13-cv-06994 |
| | ) | |
| v. | ) | Judge Pallmeyer |
| | ) | Magistrate Judge Gilbert |
| MOBILE FOOT DOCTORS, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Able Home Health, LLC and defendant Mobile Foot Doctors, Inc. have agreed to resolve this case on an individual basis. The parties anticipate filing a stipulation of dismissal within the next 10 days.

| | |
|---|---|
| s/ Heather Kolbus | s/ Bart T. Murphy (w/ permission) |
| Daniel A. Edelman | Bart T. Murphy |
| Heather Kolbus | Isaac J. Colunga |
| EDELMAN, COMBS, LATTURNER | ICE MILLER LLP |
|     & GOODWIN, LLC | 2300 Cabot Drive, Suite 455 |
| 120 S. LaSalle Street, 18th Floor | Lisle, IL 60532 |
| Chicago, IL 60603 | (630) 955-0555 |
| (312) 739-4200 | (630) 955-0662 (FAX) |
| (312) 419-0379 (FAX) | |

## CERTIFICATE OF SERVICE

       I, Heather Kolbus, certify that on November 26, 2013, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below through the Court's CM/ECF system:

| | |
|---|---|
| Bart T. Murphy | bart.murphy@icemiller.com |
| Thomas J. Hayes | thomas.hayes@icemiller.com |
| Isaac J. Colunga | isaac.colunga@icemiller.com |

                                                                                         s/ Heather Kolbus
                                                                                          Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)