# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Able Home Health, LLC

                          Plaintiff,

v.                                          Case No.: 1:13–cv–06994

                                            Honorable Rebecca R. Pallmeyer

Mobile Foot Doctors, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2013:

     MINUTE entry before the Honorable Rebecca R. Pallmeyer: The parties stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs. Plaintiff's putative class claims are dismissed without prejudice and without costs. Rule 16 conference set for 12/5/2013 and motion to certify class [7] are stricken. Civil case terminated. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.